<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sinemia, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 3 5 – 2 5 9 2 8 8 6 |

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

Sinemia Inc.
Number        Street

925 N La Brea Ave, 4th Floor

Los Angeles, CA 90038
City                    State      ZIP Code

_____
County

**Mailing address, if different from principal place of business**

Number        Street

_____
P.O. Box

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

_____

City                    State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.sinemia.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Sinemia, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                               MM / DD / YYYY

Case number, if known _____

Debtor    Sinemia, Inc.
          Name                                                    Case number *(if known)*_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number          Street

                          _____

                          _____
                          City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone           _____

---

## Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | Sinemia, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/25/2019
                MM  / DD / YYYY

✖  /s/ Rifat Oguz                                    Rifat Oguz

Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Michael J. Joyce                    Date    04/25/2019

Signature of attorney for debtor                  MM   / DD / YYYY

Michael J. Joyce
Printed name
O'Kelly Ernst & Joyce, LLC
Firm name
901 N. Market St., Ste. 1000
Number        Street
Wilmington                                DE        19801
City                                      State      ZIP Code

(302) 778-4003                            mjoyce@oelegal.com
Contact phone                             Email address

4563                                      Delaware
Bar number                                State

**Fill in this information to identify the case:**

Debtor name __Sinemia, Inc.__

United States Bankruptcy Court for the:_____ District of __Delaware__
                                                                    (State)

Case number (If known):   _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ◉ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 20,000

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  See 206AB Part 1.3. Supplement | | ____ ____ ____ ____ | $_____ |
| | | | $_____ |
| | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor _____    Case number *(if known)*_____

        Name

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.  Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                                face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____          Case number *(if known)*_____
            Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor _____     Case number *(if known)*_____
       Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor _____     Case number (if known)_____
              Name

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☐  Yes

---

Debtor _____          Case number *(if known)*_____
                    Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor _____     Case number *(if known)*_____
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☐  No
   ☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐  No
   ☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐  No
   ☐  Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐  No. Go to Part 12.
   ☐  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____     _____  –  _____  = ➜   $_____
                                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____     Tax year _____   $_____
   _____     Tax year _____   $_____
   _____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                           $_____

   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                           $_____

   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**

   _____                           $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                                   $_____
   _____                                   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                       $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐  No
   ☐  Yes

---

Debtor _____                     Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*     $_____

81. **Deposits and prepayments.** *Copy line 9, Part 2.*     $_____

82. **Accounts receivable.** *Copy line 12, Part 3.*     $_____

83. **Investments.** *Copy line 17, Part 4.*     $_____

84. **Inventory.** *Copy line 23, Part 5.*     $_____

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*     $_____

86. **Office furniture, fixtures, and equipment; and collectibles.**
     *Copy line 43, Part 7.*     $_____

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     $_____

88. **Real property.** *Copy line 56, Part 9.* . ..................................................➔     $_____

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     $_____

90. **All other assets.** *Copy line 78, Part 11.*     ✚ $_____

91. **Total.** Add lines 80 through 90 for each column.............................. 91a.     $_____     ✚ 91b. $_____

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................     $_____

**Fill in this information to identify the case:**

Debtor name _____Sinemia, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware___
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**

Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor    Sinemia, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                  (State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>Marqeta, Inc.<br><br><br><br>Date or dates debt was incurred    2/2019-4/2019<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 140,000 |
| 3.2 | Nonpriority creditor's name and mailing address<br>Xomi, Inc. d/b/a Chargeback.com<br><br><br><br>Date or dates debt was incurred    2/2019-4/2019<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 18,000 |
| 3.3 | Nonpriority creditor's name and mailing address<br>Sam Fasano, et al.<br><br><br><br>Date or dates debt was incurred    _____<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Litigation<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| 3.4 | Nonpriority creditor's name and mailing address<br>Gerard Fortich, et al.<br><br><br><br>Date or dates debt was incurred    _____<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Litigation<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| 3.5 | Nonpriority creditor's name and mailing address<br>MoviePass Inc.<br><br><br><br>Date or dates debt was incurred    _____<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Litigation<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |
| 3.6 | Nonpriority creditor's name and mailing address<br><br><br><br><br>Date or dates debt was incurred    _____<br>Last 4 digits of account number    __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $158,000 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $158,000 |

**Fill in this information to identify the case:**

Debtor name  Sinemia, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                      (State)

Case number (If known): _____  Chapter  7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Unexpired lease for office space | WeWork Companies, Inc. |
| | | | 925 La Brea Ave, 4th Floor |
| | | | Los Angeles, CA 90038 |
| | State the term remaining | Through March 2020 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Customer contracts | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Payment processor | Stripe, Inc. |
| | | | 510 Townsend Street |
| | | | San Fransisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Payment processor | Adyen, N.V. |
| | | | PO Box 10095 |
| | | | 1001 EB |
| | State the term remaining | | Amsterdam |
| | List the contract number of any government contract | | The Netherlands |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Payment processor | Turkiye IS Bankasi A.S. |
| | | | IS Kuleri |
| | | | 34330 |
| | State the term remaining | | Levent/Istandbul - Turkey |
| | List the contract number of any government contract | | |

| Debtor | Sinemia, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: Payment processor

State the term remaining

List the contract number of any government contract

Iyzico

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Third Party Service Provider

State the term remaining

List the contract number of any government contract

Xomi, Inc. d/b/a Chargeback.com

**2.8**
State what the contract or lease is for and the nature of the debtor's interest: Third Party Service Provider

State the term remaining

List the contract number of any government contract

Marqeta, Inc.
180 Grand Avenue, 6th Floor
Oakland, CA 94612

**2.9**
State what the contract or lease is for and the nature of the debtor's interest: Third Party Service Provider

State the term remaining

List the contract number of any government contract

Bento Technologies, Inc.
221 Main Street, Suite 1325
San Fransisco, CA 94105

**2.10**
State what the contract or lease is for and the nature of the debtor's interest: Third Party Service Provider

State the term remaining

List the contract number of any government contract

TriNet Group Inc.
One Park Place, Suite 600
Dublin, CA 94568

**2.11**
State what the contract or lease is for and the nature of the debtor's interest: Third Party Service Provider

State the term remaining

List the contract number of any government contract

TriplePoint, LLC
595 Market Street, Suite 1340
San Fransisco CA 94105

**2.12**
State what the contract or lease is for and the nature of the debtor's interest: Landlord
Office and meeting rooms

State the term remaining

List the contract number of any government contract

Angelene
915 N. LaBrea Avenue
Los Angeles, CA 90038

| Debtor | Sinemia, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | National Amusements, Inc. |
| | | | 846 University Avenue |
| | | | Norwood, MA 02062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Gray Woods Management, LLC |
| | | | 3221 W. Big Beaver Suite 301 |
| | | | Troy MI 48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Studio Movie Grill Holdings LLC |
| | | | 12404 Park Central Drive, 400N |
| | | | Dallas, TX 75251 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Icon Cinema and Music Co. |
| | | | 1400 Pile St., Clovis |
| | | | New Mexico, 88101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Penn Cinema Management Co. |
| | | | 541 Airport Road |
| | | | Lititz, PA 17543 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Dipson Theatres Inc. |
| | | | 388 Evans St. |
| | | | Williamsville NY 14221 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service | Richardson Movies & Concessions LLC |
| | | | 6850 TPC Drive. |
| | | | #108 |
| | | | McKinney TX, 75070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Sinemia, Inc._____

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Sinemia, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>_____ District of <b>Delaware</b><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

❑ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................    $ 0

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................    $ 1,231,000

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................    $ 1,231,000

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................    $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    + $ 158,000

4. **Total liabilities**........................................................................................................    $ 158,000
    Lines 2 + 3a + 3b

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor Name | Sinemia, Inc. |
| United States Bankruptcy Court for the: | _____ District of __Delaware__ <br> (State) |
| Case number (*If known*): | _____ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☑ Amended *Schedule* __A__, __B__, C

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/25/2019__          ✗  /s/ Rifat Oguz
            MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                Rifat Oguz
                                Printed name

                                President
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ Sinemia, Inc. _____

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 9,728 |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 199,000 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |

| Debtor | Sinemia, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**List Certain Transfers Made Before Filing for Bankruptcy**</td></tr>
</table>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | See 207 Part 2.3 Supplement _____ Creditor's name _____ Street _____ City        State        ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ City        State        ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See 207 Part 2.4 Supplement _____ Insider's name _____ Street _____ City        State        ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. | _____ Insider's name _____ Street _____ City        State        ZIP Code **Relationship to debtor** _____ | | $_____ | _____ _____ _____ |

---

Debtor    Sinemia, Inc.
_____    Case number *(if known)*_____
            Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State       ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State       ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City        State       ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See 207 Part 3.7 Supplement | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City        State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City        State        ZIP Code | |

Debtor    Sinemia, Inc.
_____
          Name

Case number (if known)_____

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| | | Name |
| _____ | **Case number** | Street |
| City          State      ZIP Code | | |
| | | City          State      ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | | _____ | $_____ |

---

| Debtor | Sinemia, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. O'Kelly Ernst & Joyce, LLC | | | $ 15,000 |
| **Address** | | | |
| 901 N. Market St., Ste. 1000 | | | |
| Street | | | |
| Wilmington, DE 19801 | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| **Address** | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Sinemia, Inc. _____    Case number (if known)_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |

---

| | |
|---|---|
| Debtor | Sinemia, Inc. |
| | Name |

Case number (if known)_____

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____<br>_____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____<br>_____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained. Identity verification information pursuant to a contract with the card issuer

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Sinemia, Inc.
_____    Case number (if known)_____
            Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____ City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____ City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City      State      ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City      State      ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Sinemia, Inc.
_____    Case number (if known)_____
             Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Sinemia, Inc.
_____    Case number *(if known)*_____
          Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State      ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State      ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State      ZIP Code | | From _____    To _____ |

| Debtor | Sinemia, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Early Growth Financial Services - Anita Karpov Sinha | From _____ To _____ |
| Name | |
| 2627 N Beachwood Dr., 103 | |
| Street | |
| Los Angeles, CA 90068 | |
| City                          State              ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City                          State              ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City                          State              ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City                          State              ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. See 26(a) | _____ |
| Name | _____ |
| Street | _____ |
| City                          State              ZIP Code | |

Debtor    Sinemia, Inc.
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____    _____
       Name
       _____    _____
       Street
       _____    _____
       _____
       City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. _____
       Name
       _____
       Street
       _____
       _____
       City                    State        ZIP Code

| Name and address |
|---|

26d.2. _____
       Name
       _____
       Street
       _____
       _____
       City                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name
      _____
      Street
      _____
      _____
      City                    State        ZIP Code

Debtor    Sinemia, Inc.
_____    Case number (if known) _____
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |

27.2.  _____
Name

_____
Street

_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rifat Oguz | Sinemia, Inc. | President | |
| | 925 N La Brea Ave, 4th Floor | | |
| | Los Angeles, CA 90038 | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name<br>See Schedule B | _____ | _____ | _____ |
| _____<br>Street | | | |
| _____<br>City            State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor     Sinemia, Inc.
_____     Case number (if known)_____
           Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | _____ | _____ |
| | Name | | _____ | |
| | Street | | _____ | |
| | | | _____ | |
| | City                    State          ZIP Code | | _____ | |
| | Relationship to debtor | | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

❑ No

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

◼ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/25/2019
               MM / DD / YYYY

✘   /s/ Rifat Oguz                              Printed name    Rifat Oguz
_____                            _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

❑ No

❑ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  Delaware _____

In re

Case No. _____

**Debtor**

Chapter  7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 15,000 _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 15,000 _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0 _____

2.  The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

◉ Debtor          ☐ Other (specify)

4.  ◉ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/25/2019
*Date*

/s/ Michael J. Joyce
*Signature of Attorney*

O'Kelly Ernst & Joyce, LLC
*Name of law firm*

---

**206AB Part 1.3 Supplement**

Part 1:

3.

| Entity | Legal Name | Mailing Address | Last 4 Digits of the Account |
|---|---|---|---|
| Silicon Valley Bank | SILICON VALLEY BANK, INC. | 3003 TASMAN DRIVE SANTA CLARA ACH, CA 95054 | 1224 4503 |
| İş Bankası | TÜRKİYE İŞ BANKASI A.Ş. | Is Kuleleri 34330 Levent/İstanbul - Turkey | 2883 - TRY 9278 - USD 9282 - EUR 9807 - CAD 9812 - GBP 9826 - AUD |
| Citibank | CITIBANK, N.A. | 701 East 60th Street NorthSioux Falls, SD 57104 | 7091 |

**207 Part 2.3 Supplement**

| Part 2: Section 3 | | | |
|---|---|---|---|
| **Creditor's Name and Address** | **Total Amount** | **Date** | **Reason for Payment or Transfer** |
| XOMI, INC.<br>375 West 200 South<br>Third Floor<br>Salt Lake City, UT<br>84101 | 2,350.00 | 2/8/2019 | Chargeback management |
| XOMI, INC. | 2,300.00 | 3.15.2019 | Chargeback management |
| MARQETA, INC.<br>180 Grand Avenue<br>6th Floor<br>Oakland, CA 94612 | 1,000.00 | 2/12/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 1,000.00 | 3/15/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 83,000.00 | 4/12/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 20,000.00 | 4/11/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 15,000.00 | 4/10/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 180,000.00 | 4/5/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 30,000.00 | 4/4/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 45,000.00 | 4/3/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 20,000.00 | 4/2/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 25,000.00 | 4/1/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 48,000.00 | 3/29/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 25,000.00 | 3/28/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 15,000.00 | 3/26/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 50,000.00 | 3/25/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 59,000.00 | 3/22/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 27,000.00 | 3/21/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 20,000.00 | 3/20/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 45,000.00 | 3/18/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 120,000.00 | 3/15/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 30,000.00 | 3/14/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 28,000.00 | 3/13/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 33,000.00 | 3/11/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 198,000.00 | 3/8/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 34,000.00 | 3/7/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 42,000.00 | 3/6/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 20,500.00 | 3/5/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 7,000.00 | 3/4/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 104,000.00 | 3/1/2019 | Funds ticket purchases by customers |

| MARQETA, INC. | 50,000.00 | 2/27/2019 | Funds ticket purchases by customers |
|---|---|---|---|
| MARQETA, INC. | 60,000.00 | 2/25/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 110,000.00 | 2/22/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 100,000.00 | 2/20/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 70,000.00 | 2/19/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 130,000.00 | 2/15/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 100,000.00 | 2/13/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 140,000.00 | 2/8/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 60,000.00 | 2/6/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 135,000.00 | 2/1/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 60,000.00 | 1/30/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 100,000.00 | 1/25/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 110,000.00 | 1/24/2019 | Funds ticket purchases by customers |
| MARQETA, INC. | 100,000.00 | 1/22/2019 | Funds ticket purchases by customers |

**207 Part 2.4 Supplement**

| Part 2: Section 4 | | | |
|---|---|---|---|
| **Creditor's Name and Address** | **Total Amount ($)** | **Date** | **Reason for Payment or Transfer** |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. Esentepe Mah. Talatpasa Caddesi No: 5 Kolektif House Levent Istanbul, 34394 Turkey | 199,968.00 | 4/26/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 159,968.00 | 5/3/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 5/10/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 59,968.00 | 5/17/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 59,968.00 | 5/24/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 239,968.00 | 5/31/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 39,968.00 | 6/7/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 119,968.00 | 6/19/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 119,968.00 | 6/27/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 59,968.00 | 6/27/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 49,980.00 | 6/27/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 79,968.00 | 6/29/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 79,968.00 | 7/4/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 109,968.00 | 7/11/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 99,968.00 | 7/24/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 99,968.00 | 7/26/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 99,968.00 | 8/1/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 99,968.00 | 8/2/2018 | Transfer to Parent Company |

| | | | |
|---|---|---|---|
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 119,968.00 | 8/8/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 119,968.00 | 8/9/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 8/31/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 69,980.00 | 8/31/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 9/13/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 9/28/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 10/3/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 10/22/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 49,968.00 | 11/1/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 149,968.00 | 11/8/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 99,968.00 | 11/9/2018 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 75,000.00 | 3/4/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 13,000.00 | 3/8/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 20,500.00 | 3/15/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 33,000.00 | 4/1/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 25,400.00 | 4/5/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 42,700.00 | 4/12/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 48,500.00 | 4/15/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 5,400.00 | 4/17/2019 | Transfer to Parent Company |
| Brandia Bilisim Teknolojileri Sanayi ve Ticaret A.S. | 58,900.00 | 4/22/2019 | Transfer to Parent Company |

**207 Part 3.7 Supplement**

| |
|---|
| 7.1<br>Case Title: Fasano *et al*. v. Sinemia, Inc.<br>Nature of Case: Class Action<br>Case Number: 18-1774-MN<br>Court's Name and Address:   U.S. District Court for the District of Delaware<br>844 N King Street<br>Wilmington, DE 19801<br><br>Status of Case: Pending |
| 7.2<br>Case Title: N/A<br>Nature of Case: Non-public Investigation<br>Case Number: N/A<br>Court's Name and Address:   Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br><br>Status of Case: Pending |
| 7.3<br>Case Title: MoviePass Inc. v. Sinemia, Inc.<br>Nature of Case: Patent Infringement<br>Case Number: 2:18-cv-01517<br>Court's Name and Address:   U.S. District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, CA.  90012<br><br>Status of Case: Pending |
| 7.4<br>Case Title: Fortich *et al*. v. Sinemia Inc.<br>Nature of Case: Class Action<br>Case Number:<br>Court's Name and Address:<br>Status of Case: Pending |