IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| OPUS SOUTH CONSTRUCTION | ) |
| CORPORATION, | ) Case No. 09-12441 (MFW) |
| | ) |
| Debtor. | ) |

NOTICE OF **AMENDED** AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 10, 2019 AT 2:00 P.M.

**NO MATTERS GOING FORWARD, HEARING CANCELLED**

FEE APPLICATIONS

1. Second and Final Fee Application of Law Office of Susan E. Kaufman, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee [Docket No. 64, Filed 6/3/19].

    Response Deadline:   July 1, 2019 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Certificate of No Objection [Docket No. 65, Filed 7/3/19].

    B.  **Order Granting Second and Final Fee Application of Law Office of Susan E. Kaufman, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee [Docket No. 67, Entered 7/8/19].**

    **Status:**   **The Order has been entered and the Hearing is cancelled with the Court's permission.**

    LAW OFFICE OF SUSAN E. KAUFMAN, LLC

    */s/ M. Claire McCudden*
    M. Claire McCudden, (DSB# 5036)
    919 North Market Street, Suite 460
    Wilmington, DE 19801
    (302) 472-7420 / (302) 792-7420 Fax
    cmccudden@skaufmanlaw.com

Dated: July 8, 2019                    Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee